# UNITED STATES DISTRICT COURT
## MIDDLE DISTRICT OF FLORIDA
## ORLANDO DIVISION

UNITED STATES OF AMERICA

-vs-

GIRARDEAU BRIDGES

Case Number: 6:10-CR-41-ORL-28DAB

USM Number: 21041-018

Christopher L. Smith, CJA
390 N. Orange Avenue, Suite 2100
Orlando, Florida 32801

## JUDGMENT IN A CRIMINAL CASE
### For Revocation of Probation or Supervised Release

The defendant admitted guilt to violation charge number(s) One and Two of the term of supervision. The defendant is adjudicated guilty of these violation charge numbers:

| Violation Charge Number | Nature of Violation | Violation Ended |
|---|---|---|
| One | New Criminal Conduct, Conspiracy to Traffic Cocaine over 400 Grams and Conspiracy to Traffic Cocaine, occurring while on supervision | January 26, 2008 |
| Two | Failure to Notify the Probation Officer within Seventy-Two Hours after being Arrested or Questioned by a Law Enforcement Officer | January 26, 2008 |

The defendant is sentenced as provided in the following pages of this judgment. The sentence is imposed pursuant to the Sentencing Reform Act of 1984.

**IT IS ORDERED** that the defendant shall notify the United States attorney for this district within 30 days of any change of name, residence, or mailing address until all fines, restitution, costs and special assessments imposed by this judgment are fully paid. If ordered to pay restitution, the defendant shall notify the court and United States attorney of any material change in the defendant's economic circumstances.

Date of Imposition of Sentence:

3/11/2010

JOHN ANTOON II
UNITED STATES DISTRICT JUDGE

March __11__, 2010

## IMPRISONMENT

The defendant is hereby committed to the custody of the United States Bureau of Prisons to be imprisoned for a total term of **56 Months**. The term of imprisonment imposed by this Judgment shall run concurrently with the defendant's term of imprisonment already imposed in Case No. 2008CF000178B, Seminole County, Florida, Circuit Court

The Court recommends to the Bureau of Prisons:

The Defendant may serve this sentence in State Custody

It is FURTHER ORDERED that upon release from imprisonment, Defendant is released from further supervision by the court.

The defendant is remanded to the custody of the United States Marshal.

## RETURN

I have executed this judgment as follows:

_____

_____

_____

_____

Defendant delivered on _____ to _____

at _____, with a certified copy of this judgment.

_____
UNITED STATES MARSHAL

By:_____
Deputy U.S. Marshal